UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Southern Division
Docket No. 7:04-CR-33-1F

| United States Of America | ) | |
| --- | --- | --- |
| | ) | **JUDGMENT** |
| vs. | ) | |
| | ) | |
| **Christopher Dewayne Bullard** | ) | |

On January 4, 2005, Christopher Dewayne Bullard appeared before the Honorable James C. Fox, Senior U.S. District Judge in the Eastern District of North Carolina, and upon a plea of guilty to 18 U.S.C. §922(g)(1), Possession of a Firearm by a Convicted Felon was sentenced to the custody of the Bureau of Prisons for a term of 120 months. Additionally, it was ordered by the court that the defendant be placed on supervised release for 36 months upon release from imprisonment. Christopher Dewayne Bullard was released from custody and the term of supervised release commenced on December 19, 2012.

From evidence presented at the revocation hearing on April 29, 2014, the court finds as a fact that Christopher Dewayne Bullard, who is appearing before the court with counsel, has violated the terms and conditions of the judgment as follows:

1. Using a controlled substance.
2. Failure to participate as directed by the probation officer in a treatment program for narcotic addiction, drug dependency, or alcohol dependency.
3. Failure to participate as directed in a urinalysis program.
4. Failure to notify the officer within seventy-two hours of being arrested or questioned by a law enforcement officer.
5. Failure to notify the probation officer ten days prior to any change in residence.
6. Failure to pay a monetary obligation.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the supervised release term heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of 14 months.

**IT IS FURTHER ORDERED** that the balance of the financial imposition originally imposed be due in full immediately.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

This the 29th day of April, 2014.

*James C. Fox*
James C. Fox
Senior U.S. District Judge